In the Matter of ERNESTINE LEE, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 747.]

In the Matter of the Estate of EDWARD H. MILLER, Deceased. (Three Proceedings.) CLAIRE P. MILLER, Appellant; MILTON MILLER et al., as Temporary Administrators of the Estate of EDWARD H. MILLER, Deceased, et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. The stay contained in the order to show cause herein dated April 25, 1945, is hereby vacated. Present — Close, P. J., Hagarty, Johnston and Aldrich, JJ.; Lewis, J., not voting. [See *ante*, p. 753.]

PARKWEST REALTY CORP., Respondent, v. MORRIS GOTTLIEB, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.

PAULINE SOLOTOFF, Appellant, v. CHARLES SOLOTOFF, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See *ante*, p. 677.]